FILED
APR 0 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

AKINYELE ADELEKE AYODEJI

Petitioner,

Vs

MICHAEL CHERTOFF, Secretary, Department of Homeland Security
ROB.F. BAKER, District Director Immigration and Customs Enforcement.
Respondents.

CIVIL ACTION:

'08 CV 0626 BEN AJB

## PETITION FOR THE WRIT OF MANDAMUS PURSUANT TO 28 U.S.C 1361

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner respectfully requests this honorable court that he precede with this litigation as an indigent. Petitioner affirms that he is poor and cannot afford the required fee needed to litigate, as petitioner currently remains in respondents' custody. Pursuant to 28 U.S.C.A. 1915; Smith-Bey v. Hospital Administrator, 841 F.2d 751, 757-58 (7th Cir. 1988). Per this petition, petitioner

asserts that his complaint is of merit and request that this honorable court 3/28/2008 grant him the opportunity to proceed in foma pauperis. Petitioner declares under the penalty of perjury that the foresaid is true and correct.

_____
AKINYELE ADELEKE AYODEJI
PETITIONER

Akinyele Adeleke Ayodeji petition for the writ of mandamus.

30