
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKINYELE ADELEKE AYODEJI,<br><br>                    Petitioner,<br>vs.<br><br>MICHAEL CHERTOFF *et al.*,<br><br>                    Respondents. | CASE NO. 08cv0626 BEN (AJB)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION WITHOUT PREJUDICE |

Akinyele Adeleke Ayodeji has filed a purported petition for a writ of *mandamus*, alleging that Respondents violated his constitutional rights during his detention. Dkt. No. 1 (Apr. 3, 2008). Instead of paying the $350.00 filing fee, Ayodeji moves to proceed *in forma pauperis*. Dkt. No. 2 (Apr. 3, 2008). For the reasons set forth below, the Court denies the motion and dismisses this action without prejudice.

### DISCUSSION

This Court has broad discretion to grant or deny Ayodeji's motion. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Ayodeji need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). Under 28 U.S.C. § 1915 and this Court's Local Rule 3.2, however, he must submit an affidavit that includes a statement of his assets and shows his inability to pay the filing fee. 28 U.S.C. § 1915(a); S.D. Cal. Local Rule 3.2. His affidavit must demonstrate his indigency with "some particularity, definiteness, and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (*per curiam*).

1  Ayodeji fails to submit any statement of his assets. In his three-sentence motion, he merely
2  declares that "he is poor and cannot afford the required fee needed to litigate." Dkt. No. 2 at 1. This
3  conclusory declaration cannot meet the requirements set forth in 28 U.S.C. § 1915 and Local Rule 3.2.
4  Accordingly, Ayodeji's motion must be denied. *McQuade*, 647 F.2d at 940.

## CONCLUSION

6  To commence this action, Ayodeji must pay a $350.00 filing fee, unless this Court grants his
7  motion to proceed *in forma pauperis* under 28 U.S.C. § 1915. 28 U.S.C. §§ 1914-15; *Rodriguez v.*
8  *Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing
9  fees only if the party is granted [*in forma pauperis*] status."). Because his motion is denied, this action
10 is dismissed without prejudice and may be re-opened if he pays the required filing fee within 60 days
11 of the entry of this Order.

12  IT IS SO ORDERED.
13 Dated: May __, 2008

Roger T. Benitez
United States District Judge