# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY 22 AM 9:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 5/6/2008
CASE NO.: 08cv0626 BEN (AJB)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Ayodkeji v. Chertoff, et al
DOCUMENT ENTITLED: Petition for the Writ of Mandamus & Motion to Proceed IFP

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Documents already on file.** |

Date forwarded: 5/8/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez

Dated: 05/19/08    By: AJC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

CIVIL ACTION:

**AKINYELE ADELEKE AYODEJI**

Petitioner,

Vs

**MICHAEL CHERTOFF**, Secretary, Department of Homeland Security
**ROB.F. BAKER**, District Director Immigration and Customs Enforcement.
Respondents.



## PETITION FOR THE WRIT OF MANDAMUS PURSUANT TO 28 U.S.C 1361

**AKINYELE ADELEKE AYODEJI**
**1115 N.IMPERIAL AVE**
**SAN DIEGO CALIFORNIA, 92243**

REPRESENTATIVE FOR THE PETITIONER
AKINYELE ADELEKE AYODEJI

Akinyele Adeleke Ayodeji petition for the writ of mandamus.                                                1

# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

AKINYELE ADELEKE AYODEJI

Petitioner,

Vs

MICHAEL CHERTOFF, Secretary, Department of Homeland Security
ROB.F. BAKER, District Director Immigration and Customs Enforcement.
Respondents.

CIVIL ACTION:

REJECTED

## PETITION FOR THE WRIT OF MANDAMUS PURSUANT TO 28 U.S.C 1361

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner respectfully requests this honorable court that he precede with this litigation as an indigent. Petitioner affirms that he is poor and cannot afford the required fee needed to litigate, as petitioner currently remains in respondents' custody. Pursuant to 28 U.S.C.A. 1915; Smith-Bey v. Hospital Administrator, 841 F.2d 751, 757-58 (7th Cir. 1988). Per this petition, petitioner

Akinyele Adeleke Ayodeji petition for the writ of mandamus.

29