# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

**2008 JUN -4 AM 8:20**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By: _RM_ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE (Benitez)
FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 5/28/2008
CASE NO.: 08cv0626 BEN (AJB)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Ayodeji v. Chertoff, et al
DOCUMENT ENTITLED: Leave to File and Amended Petition

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Case closed.** Failed to pay filing fee or move for IFP status under 28 USC § 1915 |

Date forwarded: 5/29/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **JEFFREY T. MILLER**

Dated: 6/1/08          By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| **AKINYELE ADELEKE AYODEJI**<br><br>Petitioner,<br><br>Vs<br>**MICHAEL CHERTOFF**, Secretary, Department of Homeland Security<br>**ROB.F. BAKER**, District Director Immigration and Customs Enforcement.<br>Respondents. | CIVIL ACTION: 08 cv 0626 BEN (AJB) |

## PETITION FOR THE WRIT OF MANDAMUS PURSUANT TO 28 U.S.C 1361

## <u>LEAVE TO FILE AN AMENDED PETITION</u><br><u>BACKGROUND</u>

Petitioner requests the leave of this honorable court to file an amendment to it's filing forwarded to the court on 28 March 2008. Petitioner after series of denial came to acknowledgement that the current action has remain on the courts docket since the 3rd of April 2008 without petitioners' knowledge. This came as a result of the respondents holding on to the correspondences that this honorable court forwarded to the petitioner. Importantly petitioner on the 19th of may received an order indicating that a final dismissal is imminent should petitioner fail to brief this