# THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF CALIFORNIA.

FILED
2008 JUN -4 AM 8: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

NUNC PRO TUNC
MAY 28 2008

AKINYELE ADELEKE AYODEJI

Petitioner,

Vs

MICHAEL CHERTOFF, Secretary, Department of Homeland Security
ROB.F. BAKER, District Director Immigration and Customs Enforcement.
Respondents.

CIVIL ACTION: 08 cv 0626 BEN (AJB)

PETITIONER RESPECTFULLY REQUESTS THIS COURT FOR A RECONSIDERATION OF THE ORDER DENYING MOTION TO PROCEED *INFORMA PAUPERIS* AND DISMISSING ACTION WITHOUT PREJUDICE PETITIONER'S INFORMA PAUPERIS.

## PETITION FOR THE WRIT OF MANDAMUS PURSUANT TO 28 U.S.C 1361

### MOTION TO RECONSIDER.
### STATEMENT OF POSITION

Petitioner on the 19th of may received for the first time from this honorable court an order indicating the petitioner that a current action exists the order further indicated that the filling was the third issued by this court in reference to the pending action. While petitioner forwarded the action to the court for adjudication petitioner has remained in the custody of the respondents. he has largely remained without the opportunity to have access to his correspondences an intentional act that has impeded petitioner's access to the court and the pending action. Despite having complained in reference to the missing mails petitioners remained without

the opportunity to proceed with the litigation because the respondents are parties to the action. This largely deprived petitioner of the opportunity to provide the court with updated information on petitioner custody status and ultimately his financial predicament as detainee in custody of the respondents.

## ACCEPTANCE OF THE DECLARATION BY THIS COURT REMAINS WITHIN THE COURTS JURISDICTION SUCH THAT IT REMAINS THE ONLY REMEDY FOR THE PETITIONER.

Petitioner asserts that he remains in custody of the respondents and cannot afford to proceed with the petitioner, as the court requires that he pay the minimum amount required for persons that are in financial stability. The impecunious state of the petitioner subjects petitioner to strait that deprives petitioner of the opportunity to afford the required fee such that this court retains the jurisdiction to reconsider the impecunious state of the Petitioner as permitted by the statute see Section 1915(a)(1), the in forma pauperis statute, provides:

[A]ny court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefore, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefore. See also **LEWIS, Plaintiff v. YORK COUNTY 2007 U.S. Dist. LEXIS 12291 (med Dist Penn).**
Petitioner believes that invocation of the jurisdiction remains the only remedy for the petitioner has he remains in custody especially considering the fact that

petitioner remains in custody without the opportunity to properly litigate his case .The <u>in forma pauperis</u> "statute is intended to guarantee that no citizen shall be denied an opportunity to commence, prosecute, or defend an action, civil or criminal, 'in any court of the United States' solely because his poverty makes it impossible for him to pay or secure the costs." <u>Adkins v. Dupont Co.</u>, 335 U.S. 331, 342, 69 S. Ct. 85, 93 L. Ed. 43 (1948). While the courts explicitly states the main goal behind informa pauperis this court retains the authority to consider petitioner stance especially in respect to the mess petitioner remains subject of as a result of his incarceration by the respondents.

**THIS HONORABLE COURT REMAINS WITHIN THE DISCRETION TO ACCEPT AN AFFIDAVIT INCLUDING THE PETITIONERS STATEMENT PLAINTIFF STATES THAT HE IS PRESENTLY INCARCERATED, NOT EMPLOYED, HAS NO ASSETS, AND HAS LESS THAN ONE DOLLAR IN HIS PRISON TRUST ACCOUNT.**

Petitioners asserts with respect that this court is within the authority to consider his request because his request purely presents issues that requires the courts timely interference importantly petitioner remains incarcerated and the petitioner has no financial means of proceeding with this litigation as a result of his incarceration petitioner with the consideration and attachment of this order can be allowed by this court given that petitioner is unable to pay the $ 350.00 filing fee and that his case (1) is not frivolous or malicious, (2) does not fail to state a claim upon which relief may be granted, and (3) does not seek monetary relief against a defendant

who is immune from such relief. 28 U.S.C. 1915(e)(2). see LEYVA, v. INS U.S. Dist. LEXIS 62738 (E.Dist WIS 2007) again considering that the claim here presented, it 's basis are arguable in law and fact . <u>Denton v. Hernandez,</u> 504 U.S. 25, 31, 112 S. Ct. 1728, 118 L. Ed. 2d 340 (1992); <u>Neitzke v. Williams,</u> 490 U.S. 319, 325, 109 S. Ct. 1827, 104 L. Ed. 2d 338 (1989). Petitioner thus respectfully request this honorable court to accept his affidavit and allow petitioner to proceed infoma pauperis.

**Petitioner has faced harm such that respondent's action and harm to the petitioner requires the interference of this court.**

Even though petitioner has proved direct constraint because of his denial to mandated amenities such as correspondences and other materials. Pertinently the courts have weighed the importance of harm that may result especially in a civil suit challenging the validity of a suit and the potential harm that may result to the government, *see JUSTICE KAVANAUGH in Doe v. ExxonMobil 374 U.S App D.C. 205 (D.C Cir 2006) at 244   expanciating, that where* the court was quick to point out that especially in a case such as this that present a quintessential question of law to the validity of a governmental action in its violation that hardly can the respondents aver any standing that may preclude the court from inquiring into such abuse. The 3 required tests that the court mandates under 28 U.S.C 1915 has been satisfied;

such that reconsideration of the motion dismissing petitioners incomplete declaration remains vested in the court for evaluation and authoritative acceptance. Petitioner therefore prays that honorable court grant his motion for reconsideration to proceed informa pauperis.

Respectfully Submitted

*[signature]* 5-28-08

ADELEKE AYODEJI AKINYELE

## CERTIFICATE OF SERVICE.

I hereby certify that on this 5/26/2008, one of each Copy of the Foregoing

"MOTION TO RECONSIDER ORDER DISMISSING MOTION TO PROCEED

INFORMA PAUPERIS " was served upon Counsel for Respondent's by First class

mail addressed to:

**Karen. P. Hewitt**
U.S Attorney for the Southern District of California
Civil Division
880 Front street Suite 4290
San Diego California 92101
Attorneys for the Respondents
**MICHAEL CHERTOFF**, Secretary,
**Department of Homeland Security**
**ROB.F. BAKER**, District Director, Immigration and Customs Enforcement

5/26/2008

*/s/ AKINYELE ADELEKE*

PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

ICE EL CENTRO DETENTION CENTER
PLACE OF CONFINEMENT
1115 N. Imperial Ave.
El Centro, CA 92243

ADDRESS

# United States District Court
## Southern District Of California

|  |  |
|---|---|
| Plaintiff/Petitioner/Movant,<br><br>v.<br><br>Defendant/Respondent, | Civil No. _____<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, AKINYELE ADELEKE AYOBEJI
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?           ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   PETITIONER IS DETAINED AND THEREFORE HAS NO JOB
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:                    Year:              Model:
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    PETITIONER REMAINS IN DETEN— AND REMAINS (illegible) PROVIS— TAX PAYERS

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

05-20-08
DATE

_____
SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                    -3-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Akinyele - Adeleke__,
(NAME OF INMATE)

__A# 096 128 657__
(INMATE'S CDC NUMBER)

has the sum of $ __Ø__ on account to his/her credit at __El Centro Processing Center__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __None__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __Ø__,

and the *average monthly deposits* to the applicant's account was $ __Ø__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__May 22, 2008__
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Alberto Moya__
OFFICER'S FULL NAME (PRINTED)

__Supervisory Immigration Enforcement Agent__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                    -4-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, AKIMYELE ADELEKE AYODEJI, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

05-2-2008
DATE

SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                    -5-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1