# THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.

FILED
08 JUN 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CIVIL ACTION: 08cv626 TY

**AKINYELE ADELEKE AYODEJI**

Petitioner,

Vs

**MICHAEL CHERTOFF**, Secretary, Department of Homeland Security
**ROB.F. BAKER**, District Director Immigration and Customs Enforcement.
Respondents.

CHANGE OF ADDRESS

## PETITION FOR THE WRIT OF MANDAMUS PURSUANT TO 28 U.S.C 1361

## CHANGE OF ADDRESS

This is to notify the clerk of this court that the petitioner under case number 08 CV 0626. Adeleke Ayodeji Akinyele Has moved from the initial address on the court docket of 1115 North Imperial ave. El-Centro California 92243. To forwarding address petitioner intends to provide this court within 10 days of this Notice Petitioner hereby request that the court clerk temporarily suspend any mails to this address until otherwise advised.

*[signature]* 5/27/08
AKINYELE ADELEKE AYODEJI