# Other Orders/Judgments
3:08-cv-00626-BEN-AJB Ayodeji v. Chertoff et al CASE CLOSED on 05/08/2008

Returned Mail
No forwarding address
Excess pages discarded
7/11/08

# U.S. District Court

## Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 6/4/2008 at 12:33 PM PDT and filed on 6/4/2008

**Case Name:** Ayodeji v. Chertoff et al
**Case Number:** 3:08-cv-626
**Filer:** Akinyele Adeleke Ayodeji
**WARNING: CASE CLOSED on 05/08/2008**
**Document Number:** 5

**Docket Text:**
**Discrepancy Order by Judge Jeffrey T. Miller rejecting document: Leave to File and Amended Petition from Plaintiff Akinyele Adeleke Ayodeji, non-compliance with local rule Other: Case closed and failed to pay filing fee or move for IFP status under 28 USC 1915. (rmm)**

**3:08-cv-626 Notice has been electronically mailed to:**

U S Attorney CV   Efile.dkt.civ@usdoj.gov

**3:08-cv-626 Notice has been delivered by other means to:**

Akinyele Adeleke Ayodeji
1115 N. Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

BEN

0498204525I $00.346

RETURN SERVICE REQUESTED

FIRST-CLASS AUTO

Akynyele Adeleke Ayodeji
1115 N. Imperial Avenue
El Centro, CA 92243

NIXIE    923 4E 1    30 06/14/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 92101892965    *1977-08053-14-39*

DATE 92101892929

Clerk, U.S. District Court
880 Front Street, Suite 4290
San Diego, California 92101-8900